**ORDERED ACCORDINGLY.**

**Dated: July 30, 2019**

_____
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| VANCE COREY LEWIS, | Case No. 2:17-bk-14024-BKM |
| Debtor. | *Adv. No. 2:18-ap-00444-BKM* |
| DIANE M. MANN, CHAPTER 7 TRUSTEE, | **JUDGMENT REVOKING DEBTOR'S DISCHARGE** |
| Plaintiff, | |
| vs. | |
| VANCE CORY LEWIS and JALEAA J. LEWIS, husband and wife, | |
| Defendants. | |

Pursuant to the *Stipulated Judgment Against Defendants* ("**Stipulation**") entered by this Court on Janruary 16, 2019, defendants Vance Corey Lewis and Jaleaa J. Lewis ("**Defendants**") were to remit the judgment amount of $1,630.40 ("**Judgment Amount**") to Diane Mann, Chapter 7 Trustee ("**Trustee**") by July 10, 2019.

Defendants defaulted under the terms of the Stipulation. Trustee's counsel notified the Defendants of their default and the Defendants have not cured the default. Defendants have failed to remit the Judgment Amount by July 10, 2019. To date, Defendants owe the Estate not less than $931.40.

Upon the default of Defendants and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED:**

1. Defendants defaulted under the terms of the Stipulation by failing to remit the full Judgment Amount by July 10, 2019;
2. Vance Corey Lewis's discharge is hereby revoked effective as of the date of this Judgment; and
3. The Clerk of the Court shall give notice of this revocation to all creditors and parties-in-interest.

**SIGNED AND DATED ABOVE.**